UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR MARTINEZ, Sr., | No. 2:16-cv-2590 DB P |
| Plaintiff, | |
| v. | <u>ORDER TO SHOW CAUSE</u> |
| RIO CONSUMNES CORRECTIONAL CENTER, et al., | |
| Defendants. | |

  Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983.  In an order filed November 10, 2016, plaintiff was advised that his application to proceed in forma pauperis was incomplete.  (ECF No. 4.)  Plaintiff was ordered to submit, within thirty days, a completed affidavit in support of his request to proceed in forma pauperis and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.  Plaintiff was advised that his failure to comply with the November 11 order may result in a recommendation that this action be dismissed without prejudice.

  Thirty days has passed and plaintiff has failed to file the completed affidavit and the trust account statement or otherwise respond to the court's November 10 order.

////

////

1

1   Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of this order,
2  plaintiff shall show cause why this case should not be dismissed without prejudice for his failure
3  to comply with the court's November 10, 2016 order.  See Fed. R. Civ. P. 41(b); E.D. Cal. R.
4  110.

Dated:  December 19, 2016

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/mart2590.fifp